FILED
AUG -2 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

07-25-21

Dear Clerk of Court for the Honorable Judge Acara,

This letter is a request for a status update and or docket regarding my motion pertaining to Title 18 U.S.C. § 3582(c)(1)(A)(i).

I have not received confirmation that the Court is in receipt of the motion. Neither have I received confirmation or the Courts acceptance of my supplement to the original motion.

My casemanager sent the supplement by certified post. In which was further information concerning my achievments and contributions to the public twords recidivism risk reduction I have obtained and given since my incarceration began.

If you would please forward to me the Courts receipt of these submissions, it would be greatly appreciated.

I thank you kindly in advance for your time and attention to this matter,

Respectfully,

Donald Green #

FCI Coleman Medi; Unit B2; P.O.B 1032; Coleman, FL 33521-1032

Donald Green #39747-019
P.O. Box 1032
Coleman Correctional Complex Medium
Coleman Florida 33521

? 92-CR-159

Clerk of Court
U.S. District Courthouse
U.S. Courthouse
For the western district
of New York

USDC-WDNY
AUG -2 2021
BUFFALO